UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 6:21-bk-01271-LVV |
| Alfonso Nieves, Jr | Chapter 7 |

Debtor.

And

Maylin I Cohen Nieves

Joint Debtor.

_____

## PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Order Denying Carrington Mortgage Services, LLC's Motion for Relief from Stay (Docket 6) has been sent by electronic or standard first class mail on this 13th day of July, 2021, to the following:

**Via CM/ECF Electronic Notice**

Walter F Benenati, Credit Attorney PA
2702 East Robinson Street
Orlando, FL 32803

Richard B. Webber
PO Box 3000
Orlando, FL 32802

United States Trustee
400 West Washington Street
Suite 1100
Orlando, FL 32801

**Via First Class U.S. Mail, Postage Prepaid**

Debtor
Alfonso Nieves, Jr
2436 Seven Oaks Drive
Saint Cloud, FL 34772

Debtor
Maylin I Cohen Nieves
2436 Seven Oaks Drive
Saint Cloud, FL 34772

/s/Elizabeth Eckhart
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
LOGS Legal Group LLP
Attorney for Secured Creditor
4630 Woodland Corporate Boulevard
Suite 100
Tampa, FL 33614
Telephone:
Fax: (813) 880-8800
E-mail: logsecf@logs.com